Dismissed; Opinion issued October 2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01035-CV

## IN THE MATTER OF THE MARRIAGE OF K.H.G. AND R.G.G.

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-10-11630

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang

The Court has before it appellant's motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a).

We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

121035F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE MARRIAGE
OF K.H.G. AND R.G.G.

No. 05-12-01035-CV

Appeal from the 330th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
DF-10-11630).
Opinion delivered per curiam before Justices
Bridges, Richter, and Lang.

 

    Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is ordered to recover his costs of this appeal from appellant.

Judgment entered October 2, 2012.

MARTIN RICHTER
JUSTICE